### Case No. 5,182.

### GAITHER v. LEE.

[2 Cranch, C. C. 205; [1] 18 Niles, Reg. 328.]

Circuit Court, District of Columbia. June Term, 1820.

---

[1] [Reported by Hon. William Cranch, Chief Judge.]

Mr. Marbury, for defendant.

Mr. Key, contra.

Mr. Ashton, in reply,

THE COURT (nem. con.) overruled the objection and admitted the testimony.

Mr. Marbury, for defendant, then prayed the court to instruct the jury, that if they should be of opinion, from the evidence, that the bill was drawn, accepted, and indorsed for the purpose of raising money upon it in the market, and was put into the hands of Mr. Nicholls by Mr. Hodnett, for that purpose, who procured the money from the plaintiff upon it. discounting $25 upon $350, the amount of the bill, which had seventy-five days to run, the transaction was usurious, and the bill void.

Which instruction THE COURT . (MORSELL, Circuit Judge, contra) gave, upon the authority of the two cases cited by Mr. Marbury, namely, Jones v. Hake, 2 Johns. Cas. 60, and Wilkie v. Roosevelt, 3 Johns. Cas. 66; Id. 206.

Verdict for the defendant.

The plaintiff took a bill of exceptions to the instruction of the court to the jury, but not to the admission of the indorsers as witnesses for the defendant. No writ of error was prosecuted. The cause stood several terms upon a motion for a new trial on the ground of misdirection of the jury. but it was never brought to a hearing, and at October term, 1821, the cause was struck off by the plaintiff.